No. 590. LAMBERT v. CALIFORNIA. Appeal from the Appellate Department of the Superior Court of California, Los Angeles County. (Probable jurisdiction noted, 352 U. S. 914.) *Warren M. Christopher, Esquire,* of Los Angeles, California, is invited to appear and present oral argument, as *amicus curiae,* in support of the appellant.

No. 873. ESKRIDGE v. SCHNECKLOTH, SUPERINTENDENT, WASHINGTON STATE PENITENTIARY. Certiorari, 353 U. S. 922, to the Supreme Court of Washington. It is ordered that *Robert W. Graham, Esquire,* of Seattle, Washington, a member of the Bar of this Court, be appointed to serve as counsel for the petitioner in this case.

No. 149. SWANSON ET AL. v. TRAER ET AL. Certiorari, 352 U. S. 865, to the United States Court of Appeals for the Seventh Circuit. The motion to substitute B. J. Fallon, Jr., as Executor of the estate of Bernard J. Fallon, deceased, in the place and stead of Bernard J. Fallon, as a party respondent, is granted. *Avern B. Scolnik, Philip F. La Follette, William H. Bowman* and *James E. Doyle* for respondents-movants.

No. 1013. MASSENGALE v. UNITED STATES. Motion to dispense with printing of the petition for rehearing and the petition for rehearing granted. Upon further consideration of the petition for certiorari the Court adheres to its order of June 10, 1957, 354 U. S. 909, denying the petition for writ of certiorari.

No. 717, Misc. McGOWEN v. TEXAS. The motion of petitioner to dismiss motion for leave to file petition for writ of error *coram nobis* is granted. *Preston Pope Reynolds* for petitioner.